Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL NEVILLS,<br>Plaintiff,<br><br>v.<br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>Defendant. | 1:11-CV-00559-RE<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $5,555.50 pursuant to 42 U.S.C. § 406(b).

Dated this __31__ day of ____October____, 2013.


_____
James A. Redden
United States District Court Judge